Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**FILED**

DEC - 3 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Frederick S. Harris | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 16-1322 |
| Nicholas Molinero, Travis Bayler, Kristi Eshleman, Stephanie Schertz | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's action against the Defendants is dismissed with prejudice. The parties to bear their own costs.

Dated: 12/03/2018

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court