IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FREDERICK S. HARRIS, #B-13832,
   Plaintiff,

vs.

NICHOLAS MOLINERO, et al.,
   Defendants.

No. 16-CV-1322-MMM

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

NOW COMES, Plaintiff, Frederick S. Harris, Pro Se and for the reasons stated in Plaintiff's Motion To Vacate Judgment Pursuant to Fed.R.Civ.Proc. 59(e)(Doc. 77) and the attached affidavit accompanying Motion for Permission To Appeal In Forma Pauperis hereby respectfully moves this Honorable Court for leave to appeal in forma pauperis to appeal the Court's order of Summary Judgment[Doc. 75]. In Support thereof, Plaintiff states as follows:

1. On or around November 30, 2018, the court **GRANTED** defendant's motion for summary judgment[75] and entered final judgment dismissing this case[76].

2. Subsequently, Plaintiff filed a Motion To Vacate Judgment under Fed.R.Civ.Pro. 59(e) arguing that the Court's order is erroneous because the Court: 1) improperly weighed evidence, made improper credibility determinations, and drew unreasonable inferences in favor of defendants, and 2) overlooked evidence in the record which creates disputed issues of material fact precluding summary judgment[77].

3. Thereinafter, on December 10, 2018, the Court **DENIED**

Plaintiff's motion to vacate judgment (77)(See Text order entered December 10, 2018).

4. As set forth in the affidavit filed contemporaneously with this motion, Plaintiff cannot afford to prepay the filing fee to appeal. However, Plaintiff believes I am entitled to relief and should be granted leave to appeal in forma pauperis. See e.g. Lee v. Clinton, et al., 209 F.3d 1025, 1026-27 (7th Cir. 2010); Henderson v. Norris, 129 F.3d 481, 484-85 (7th Cir. 1997).

5. Accordingly, Plaintiff respectfully asks the Court to GRANT Plaintiff leave to proceed on appeal in forma pauperis and to order the Clerk to file the instant notice of appeal and docketing statement as required under Fed. R. App. Proc. 3-4.

Respectfully submitted

Frederick S. Harris
Frederick S. Harris #B-13832
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764-0099

2.

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I shall cause the forgoing Motion For Leave To Appeal In Forma Pauperis to be filed with the Clerk of the Court by placing it in an envelope, sealing it and placing it in the institutional mail here at the Pontiac Correctional Center for delivery to the institution's law library which will file this electronically using the CM/ECF system which will automatically notify the party below of such filing:

Mia Buntic  mbuntic@atg.state.il.us

Respectfully submitted,

Frederick S. Harris #B-13832
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764-0099