



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**SHIG YASUNAGA**
**CLERK OF COURT**

TEL: 217.492.4020

10/23/2020

Mr. Kevin McDermott
500 6th St.
Springfield, IL  62701

RE: Frederick Harris v Nicholas Molinero, Et Al, Case # 16-1322

Dear Mr. McDermott:

You have been recruited to represent an indigent pro se prisoner as Guardian Ad Litem in the above captioned civil rights case pending in this court.  Please enter your appearance on behalf of the plaintiff at your earliest convenience.  Promptly following the filing of an appearance, counsel shall communicate with the newly-represented party concerning the action.  In addition to a full discussion of the merits of the dispute, counsel shall explore with the party any possibilities of resolving the dispute.

Within thirty (30) days of judgment or dismissal in the case, you may electronically file a motion for reimbursement of out-of pocket-expenses.  A "Request for Reimbursement from the District Court Fund voucher" is attached to the Plan for Recruitment of Counsel for Indigent Parties in Certain Civil Cases (go to www.ilcd.uscourts.gov to the Pro Bono Section on the homepage). The voucher should be electronically filed as "Motion for Reimbursement of Out-of-Pocket Expenses."  There is a cap of $1,000 in expenses for attorneys, law students and Guardian Ad Litems representing an indigent party.  Reimbursement of expenses is within the discretion of the judges with a full range of matters to be taken into consideration, including the reasonableness of the expenditure taken in the context of both the nature and validity of the litigation.  If, during your representation of plaintiff, lodging is necessary, please try to obtain a government rate or the lowest rate possible. In addition, no expert witness fees will be approved for reimbursement from the District Court Fund without the Court's prior approval of the

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
| --- | --- | --- | --- |
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | (Temporarily relocated for |
| Room 305 | Room 218 | Room 151 | mail and hearings to): |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | 131 E. 4th Street, Rm 250 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | Davenport, IA 52801 |
|  |  |  | 309.793.5778 |

retention of that expert. Therefore, you should not incur any expert witness fees without first seeking the Court's approval. **Note that attorney's fees are never reimbursable.**

Finally, you should examine the docket sheet for the case on the CM/ECF system to familiarize yourself with events in the case to date. For documents not available on the electronic system, please send the clerk's office a written request for copies. You may request an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States to avoid any burden of paying fees associated with accessing PACER for this case. If you apply for and receive a PACER exemption, you will be required to apply for an additional PACER account. When applying for the secondary account, you will need to identify this account by adding "-PROBONO" to your last name. For example, Smith-PROBONO. If you would like to request this exemption, you should file a motion in the case asking the Court to grant a PACER exemption for the purpose of this case only.

      If you have any questions, please contact the Pro Bono Coordinator, Denise Koester, at (217) 492-4027 or Denise_Koester@ilcd.uscourts.gov.

Very truly yours,

S/Shig Yasunaga

Shig Yasunaga
Clerk, U.S. District Court

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
|---|---|---|---|
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | 211 19th St. |
| Room 309 | Room 218 | Room 151 | Room 40 |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | Rock Island, IL 61201 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | 309.793.5778 |